IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLUMBERS, PIPEFITTERS & MECHANICAL EQUIPMENT SERVICE, LOCAL UNION NO. 392 SUB FUND, | Case No. 14-CV-0723 |
| | Judge: Dlott |
| Plaintiff, | |
| | Magistrate Judge: Litkovitz |
| vs. | |
| BRANDON BEDEL, an Individual, | **STIPULATED ORDER OF DISMISSAL WITH THE COURT TO RETAIN JURISDICTION TO ENFORCE THE TERMS OF THE PARTIES' SETTLEMENT AGREEMENT** |
| Defendant. | |

Plaintiff, the Board of Trustees of the Plumbers, Pipe Fitters & Mechanical Equipment Service, Local Union No. 392 SUB Fund ("SUB Fund"), by and through its attorney, Joseph E. Mallon, and the Defendant, Brandon Bedel, *pro se*, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii) hereby submit this Stipulated Order for Dismissal of this Lawsuit with the Court to Retain Jurisdiction to Enforce the Terms of the Parties' Settlement Agreement and stipulate as follows:

WHEREAS, the Parties in this matter have reached a Settlement Agreement and the Parties stipulate to the dismissal of the above-captioned matter without prejudice, reserving jurisdiction in this Court to reinstate proceedings to enforce certain terms of the Settlement Agreement entered into by and between the Parties in February 2015.

**IT IS HEREBY ORDERED:**

1. This above-captioned matter is hereby dismissed without prejudice.
2. The Court shall retain jurisdiction over the Parties and hereby grants the Plaintiff leave to reinstate the proceedings in the above-captioned matter to enforce the terms of the Settlement Agreement entered into by and between the Parties in February 2015, but not later than July 1, 2016.

1

3. Pursuant to the Settlement Agreement entered into by and between the Parties in February 2015, the Defendant is required to submit sixteen (16) monthly payments totaling $16,852.24.

4. The dismissal without prejudice will automatically convert to a dismissal with prejudice unless a motion to reinstate has been filed on or before July 15, 2016.

**ENTERED:**

_____
HONORABLE JUDGE LITKOVITZ

Dated: 2/17/15

**Agreed and so stipulated:**

/s/ Joseph E. Mallon
Joseph E. Mallon (0085786)
*Attorney for Plaintiff*
JOHNSON & KROL, LLC
300 South Wacker Drive, Suite 1313
Chicago, Illinois 60606
mallon@johnsonkrol.com

s/ _____
Mr. Brandon Bedel
3071 Palace Drive
Burlington, KY 41005

2